# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **NASON HOMES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 3:15-cv-00764** |
| | ) | |
| v. | ) | **Judge Nixon** |
| | ) | **Magistrate Judge Knowles** |
| **JOHN H. COMPERRY, doing business as** | ) | |
| **CS ARCHITECTS,** | ) | **JURY DEMAND** |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is Defendant's Motion for Leave to File a Reply to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment. (Doc. No. 28.) As Plaintiff points out in its Response to the Motion for Leave (Doc. No. 29), Defendant's Motion is, in fact, a motion to stay the case pending an opinion from the Register of Copyrights as requested in *Nason Homes v. Singletary*, No. 3:14-cv-01656. Plaintiff has filed its own Motion to Stay, which is also pending. (Doc. No. 30.)

The Court hereby **GRANTS** Plaintiff's Motion to Stay (Doc. No. 30) pending the opinion from the Register of Copyrights and **REFERS** the case to the Magistrate Judge for modification of the case management order. Defendant's Motion for Leave (Doc. No. 28) and Plaintiff's Motion to Ascertain Status (Doc. No. 31) are hereby **TERMINATED as moot**.

It is so ORDERED.

Entered this 18th day of May, 2016.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT